IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDWARD ALLEN RIDER and**
**BRENNON MOORHEAD,**

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　　No. 15-cv-0581 GBW/SMV

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF LINCOLN,**
**BRACK RAINS, MATT CHRISTIAN,**
**and ROBERT SHEPPERD,**[1]

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:　　December 9, 2015, at 9:30 a.m.

**Matter to be heard**:　Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **December 9, 2015, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] On July 21, 2015, Plaintiffs filed a first amended complaint that no longer included Robert Shepperd as a defendant. [Doc. 7].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.