IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDWARD ALLEN RIDER and**
**BRENNON MOORHEAD,**

    Plaintiffs,

vs.                                                                  No. 15-cv-0581 GBW/SMV

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF LINCOLN,**
**BRACK RAINS, MATT CHRISTIAN,**
**and ROBERT SHEPPERD,**

    Defendants.[1]

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   January 4, 2016, at 10:30 a.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference was set for December 15, 2015, but Plaintiffs' counsel did not appear. Accordingly, the conference is reset for **January 4, 2016, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] On July 21, 2015, Plaintiffs filed a First Amended Complaint that no longer included Robert Shepperd as a Defendant. [Doc. 7]. On October 21, 2015, Plaintiffs filed a Second Amended Complaint that similarly did not name Robert Shepperd as a Defendant. [Doc. 14].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.