IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD ALLEN RIDER and
BRENNON MOORHEAD,

    Plaintiffs,

vs.                                                                                     No. 15-cv-0581 GBW/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF LINCOLN,
BRACK RAINS, MATT CHRISTIAN,
and ROBERT SHEPPERD,[1]

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties have notified the Court that they have reached a settlement agreement.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **April 7, 2016** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                               **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**

---

[1] On July 21, 2015, Plaintiffs filed a first amended complaint that no longer included Robert Shepperd as a defendant. [Doc. 7].